No. 79–721.  Woods *v.* Texas;

No. 79–5199.  Bell *v.* Texas;

No. 79–5587.  Brooks *v.* Texas;

No. 79–6081.  Green *v.* Texas;

No. 79–6608.  Demouchette *v.* Texas; and

No. 80–5320.  Barefoot *v.* Texas.  Ct. Crim. App. Tex. Certiorari denied.  Reported below: No. 79–721, 569 S. W. 2d 901; No. 79–5199, 582 S. W. 2d 800; No. 79–5587, 599 S. W. 2d 312; No. 79–6081, 587 S. W. 2d 167; No. 79–6608, 591 S. W. 2d 488; No. 80–5320, 596 S. W. 2d 875.

Justice Brennan and Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1120.  Mitchell et al. *v.* Forsyth et al.  C. A. 3d Cir.  Certiorari denied.  Justice Rehnquist took no part in the consideration or decision of this petition. ■■

No. 80–833.  Local Union No. 35 of the International Brotherhood of Electrical Workers *v.* City of Hartford et al.  C. A. 2d Cir.  Certiorari denied.  Justice Stewart would grant certiorari.

No. 80–1134.  Lead Industries Assn., Inc., et al. *v.* Donovan, Secretary of Labor, et al.;

No. 80–1155.  South Central Bell Telephone Co. et al. *v.* Donovan, Secretary of Labor, et al.; and

No. 80–1170.  National Association of Recycling Industries, Inc., et al. *v.* Secretary of Labor et al.  C. A. D. C. Cir.  Certiorari denied.  Justice Stewart and Justice Powell took no part in the consideration or decision of these petitions.  Reported below: 208 U. S. App. D. C. 60, 647 F. 2d 1189.